**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re

Lensia Grice,

Debtor.

Case No. 16−31164
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on September 25, 2017 at 09:00 AM

to consider and act upon the following:

***31*** − Objection to Claim # 8 (Atlas Acquisitions LLC), Reason: Other filed by Richard D. Shinbaum on behalf of Lensia Grice. Responses due by 09/18/2017. (Shinbaum, Richard)

Dated August 16, 2017

Juan−Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:
Lensia Grice
Debtor

Case No. 16-31164-DHW
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2 User: jmclain Page 1 of 1 Date Rcvd: Aug 16, 2017
Form ID: ntchrgBK Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.
db +Lensia Grice, 4345 Coventry Road, Montgomery, AL 36116-2890

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3563871 +E-mail/Text: bnc@atlasacq.com Aug 16 2017 21:03:40 Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
Bankruptcy Administrator ba@almb.uscourts.gov
Leonard N. Math on behalf of Creditor THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM DBA BAPTIST SOUTH noticesmd@chambless-math.com
Richard D. Shinbaum on behalf of Debtor Lensia Grice rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com
Sabrina L. McKinney trustees_office@ch13mdal.com
TOTAL: 4